802

No. 84–1901.   WHALEN v. DEAN STEEL ERECTION CO., INC. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 84–1921.   MARSHALL v. COURT OF APPEALS OF MARYLAND.   Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. 84–1933.   COREY OUTDOOR ADVERTISING, INC. v. BOARD OF ZONING ADJUSTMENT OF THE CITY OF ATLANTA ET AL.   Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 84–1941.   CALDER RACE COURSE, INC., ET AL. v. DIVISION OF PARI-MUTUEL WAGERING, DEPARTMENT OF BUSINESS REGULATION, ET AL.   Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 84–6766.   THOMSEN v. AMERICAN LUTHERAN CHURCH, INC., ET AL.   Appeal from Ct. App. Minn. dismissed for want of substantial federal question.

No. 84–6800.   RHODES v. BOARD OF EDUCATION OF THE CHAMA VALLEY INDEPENDENT SCHOOL DISTRICT ET AL.   Appeal from Sup. Ct. N. M. dismissed for want of substantial federal question.

No. 84–6888.   RASKE v. JORANDBY ET AL.   Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 84–6997.   PENZA v. NEW ENGLAND MEDICAL CENTER INC. ET AL.   Appeal from App. Ct. Mass. dismissed for want of substantial federal question.

No. 85–4.   MARESCA ET AL. v. CUOMO, GOVERNOR OF NEW YORK, ET AL.   Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 85–72.   MAINE STATE TROOPERS ASSN. v. MAINE ET AL. Appeal from Sup. Jud. Ct. Me. dismissed for want of substantial federal question.